16-CR-282

Enclosed is a copy of a letter that was sent to the prosecutor on 1-25-18. This letter is being sent to the clerk to please docket this to allow it to be on the record in the future.

Thank You

Cody Childers
Cody Childers 29702-047

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 FEB 12 PM 2:36
OFFICE OF THE CLERK

RECEIVED
FEB 12 2018
U.S. District

16 CR 282

AUSA Michael P. Norris    1-25-18

~~[redacted]~~

I am currently reviewing my criminal case, docket number: 8:16 CR 000282, for issues related to ineffective assistance of counsel. I have requested all discovery from Jerry Sena, that was disclosed pursuant to Rule 16 of Fed. R. Crim. Pro. from your office. Mr. Sena has denied my request.

Therefore, I respectfully request all discovery in your possession, not restricted by Title 18 § 3509(m), that is discoverable under Rule 16 of Fed. R. Crim Pro. and any material that would constitute discovery under Title 18 § 3500 (Brady Material.) Please send all materials to the following:

Cody Childers 29702-047
FCI PEKIN
P.O. Box 5000
Pekin, IL. 61555-5000
(LEGAL MAIL - OPEN IN PRESENCE OF INMATE ONLY)

Thank you for your time. A copy of this letter has been sent to the clerk of Honorable Robert F. Rossiter Jr.

Respectfully,
Cody Childers
Cody Childers 29702-047

8:16-cr-00282-RFR-MDN   Doc # 40   Filed: 02/12/18   Page 3 of 4 - Page ID # 124

⇔29702-047⇔
Cody Childers
29702047
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

PEORIA IL 616
Legal Mail
08 FEB 2018 PM 1 L

Legal Mail

RECEIVED
FEB 08 2018
FCI PEKIN
MAIL ROOM

⇔29702-047⇔
Clerk Of U S Dist Court
Eight District
111 S 18TH PLZ
Omaha, NE 68102
United States

U.S. District
FEB 12 2018
RECEIVED
Legal Mail

Legal Mail

Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the item raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.