Jerry J. Sena
Scas, Polk Law Firm
2712 South 87th Ave
Omaha, NE 68124

8:16CR282

FILED  5-22-2018
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAY 29 2018

OFFICE OF THE CLERK

RE: Michael F. Maloney
Assistant Federal Public Defender
Federal Public Defender's Office

    I recieved a reply to my request for discovery. In it there was a letter from Michael P. Norris dated November 17th, 2016. In this letter there is a request that you: "do not give out copies of the discovery to your client." The reasons the presenter request you not disclose this material is not supported by any law or rule of Fed. R. Crim. Pro. Furthermore, as I am now in the post conviction phase of my case the issues presented are irrelevant ~~to me~~ currently.

    I do see that the volume of material requested is extreme, so I offer the following. Please contact the legal staff at FCI Pekin and request permission to forward all 14 items on the list (11-17-16 letter) in CD or DVD format to the prison.

    Thank you for your time. A copy of this renewed request is being forwarded to the Clerk of the Court.

Respectfully
Cody Childers
Cody Childers
FCI - Pekin
P.O. Box 5000
Pekin, IL. 61555-5000

RECEIVED

MAY 29 2018

CLERK
U.S. DISTRICT COURT



# U.S. Department of Justice

*United States Attorney*
*District of Nebraska*

| | |
|---|---|
| *1620 Dodge Street, Suite 1400* | *PH: (402) 661-3700* |
| *Omaha, Nebraska 68102-1506* | *FAX: (402) 661-3084* |

November 17, 2016

Michael F. Maloney
Assistant Federal Public Defender
Federal Public Defender's Office

Re: <u>United States v. Cody R. Childers</u>, Case No. 8:16CR282

Dear Counsel:

In accord with the Government's discovery obligations pursuant to Rule 16, Federal Rules of Criminal Procedure, attached are copies of the following items:

<u>A single thumb drive (serial # 08-46) with the following files/folders:</u>

1. Folder – Childers Cybertips;
2. Folder – Childers FB records involving C.D.;
3. Folder – Childers FB Warrant;
4. Folder – Childers residence search warrant photos;
5. Folder – Childers Residence warrant;
6. Folder – D. CAC Video;
7. Folder – I.M. CAC Video;
8. Childers interview audio.wav
9. Childers report 9-14-2016.pdf
10. I.M. Receipt – Distribution.pdf
11. M. audio interview.wav
12. M.M. Production – Receipt pages 18252-18258.pdf
13. M.M. Receipt pages 18007-18010.pdf
14. Prosecution report – Childers.docx

Please transfer the data on the USB drive to a local storage area/drive and then return the contained USB drive to the U.S. Attorney's Office as soon as practical but not later than December 19, 2016. The USB is encrypted and a password will be supplied by email.

*The enclosed discovery may contain electronic media that requires additional software to open, inspect, and review. If you are unable to open, inspect, or review any of the electronic media, please contact <u>Amy Donato</u>, who can provide you with technical assistance.*

Copies of these reports and discovery information are being provided to you to share with your client. I request that you do not give out copies of the discovery to your client. In the past, discovery materials have been disseminated by various defendants to persons in the community. This works to no one's advantage and often places the defendant in a position of possibly obstructing justice. Please notify me if you have problems with this request.

The United States realizes its obligation to supplement the Rule 16 discovery materials if additional information becomes available. This letter also serves as a formal request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, for reciprocal discovery by the defendant.

Should you have any questions, please advise.

Sincerely,

DEBORAH R. GILG
United States Attorney

By:    MICHAEL P. NORRIS
Assistant U.S. Attorney

/aed
Enclosure



⇔29702-047⇔
Cody Childers
29702047
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555
United States

Legal Mail
16-CR-282

Legal
Mail
16-CR-282

⇔29702-047⇔
Clerk Of U S Dist Court
Eight District
1152 S 18TH PLZ
Omaha, NE 68102
United States

Legal Mail
16-CR-282

RECEIVED
MAY 25 2018
FGI PEKIN
MAIL ROOM

16-CR-282

Legal Mail
RECE16CR-282
MAY 29 2018
CLERK
U.S. DISTRICT COURT



Mail Room
Federal Correctional Institution
P. O. Box 7000
Pekin, IL 61555-7000

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.